UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>NOBODY    )<br>_____ ) | Cr. No. 1:21-cr-41-JL-05/06 |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 15th day of March, 2021.

This 15th day of March, 2021.

JOHN J. FARLEY
Acting United States Attorney

By: /s/ Georgiana L. MacDonald
    Georgiana L. MacDonald
    Assistant U.S. Attorney

WARRANT ISSUED: _____