UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**IN RE THE MATTER OF:**

Nobody (fka Richard Paul)          Case No.    21-cr-41-04-JL
(Petitioner's Name)                           (If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, _Nobody (Fka Richard Paul)_, respectfully request appointment of

counsel to represent me as a criminal defendant.

I am financially unable to hire counsel.  A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _3/16/2021_          _Nobody Formerly Richard Paul_
                          Signature of Petitioner
                          _by counsel John V gppere_

---

**RULING BY JUDICIAL OFFICER**

☑ Request Approved.  Appoint Counsel.
☐ Request Denied.
☐ Other:_____

Date: _3/16/21_          _____
                         U.S. Magistrate Judge

USDCNH-17 (Rev. 4/2018) (Previous Editions Obsolete)