## EXHIBIT 1

## ADDITIONAL CONDITIONS OF RELEASE

• Defendant must not access any digital currency wallets either paper or electronic and must not transfer any cryptocurrency or direct anyone to do so on her behalf.

• Defendant must not access any website, application or software offering services for the exchange, mixing, sale, transfer, or storage of any virtual currency, including money transmitting businesses offering virtual currency transactions (including but not limited to peer-to-peer websites like localbitcoins.com).

• Defendant must not engage in any virtual currency purchases or sales or direct anyone to do so on her behalf.

• Defendant shall not register any business entities without prior disclosure to supervising officer.

• Defendant must disclose any new accounts opened at financial institutions to supervising officer.