UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

_____
                                      )
UNITED STATES OF AMERICA      )
                                      )
           v.          )     No.:   21-CR-41-05-JL
                                      )
NOBODY                         )
_____ )

## ASSENTED TO
## MOTION TO TERMINATE AND REVOKE
## APPOINTMENT UNDER CJA PLAN

NOW comes the defendant, Nobody (formerly Richard Paul) in the above entitled matter and moves this Honorable Court to Terminate and Revoke the appointment of appointed Counsel, Patrick J. Richard, pursuant to Rule VI (B)( 2)(g) of the CJA Plan of this Honorable Court. The defendant further moves this Honorable Court to allow Patrick J. Richard to file an appearance and move to admit other counsel pursuant to this Honorable Courts rules regarding Pro Hac Vice admission.

As grounds therefore, it is stated that the defendant has been provided with out of district, private counsel and wishes to retain current counsel, Patrick J. Richard, as private, local counsel.

The United States, via Assistant US Attorney Georgiana MacDonald, has given its assent to the relief requested herein.

WHEREFORE, the defendant moves that this Honorable Court:

1. Terminate and Revoke the Appointment of Counsel pursuant to the CJA Plan;
2. Allow counsel to file an appearance as private counsel for the defendant;
3. Allow counsel to file for Pro Hac Vice admission of out of district counsel; and
4. Make any such order that the court feels is fair and just.

Respectfully submitted,

/s/ Patrick J. Richard

PATRICK J. RICHARD
11 Kearney Square, Suite 202
Lowell, MA 01852
978-458-4279

CERTIFICATE OF SERVICE

I hereby certify that I have this 12th day of May 2021 served the foregoing motion by ECF upon Georgiana MacDonald, Esq., of the Office of the United States Attorney.

/s/ Patrick J. Richard
_____
Patrick J. Richard, Esq.