UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-00041-JL |
| IAN FREEMAN, ET AL | ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire, through his assistants, John J. Kennedy, Georgianna L. MacDonald and Seth R. Aframe, hereby submits the Government's proposed exhibits relating to the hearing in the above-referenced scheduled for Wednesday, May 28, 2021:

(x) Government's Exhibit No. 1 – Audio Clip Needs to Die

(x) Government's Exhibit No. 2 – Audio Clip Panic Button

(x) Government's Exhibit No. 3 – Audio Clip Start Shooting Pigs

(x) Government's Exhibit No. 4 – Audio Clip Kill Himself if Sentenced

(x) Government's Exhibit No. 5 – Audio Clip Time for Boogaloo

(x) Government's Exhibit No. 6 – Full Audio of Jail Call

The government reserves the right to seek leave to amend its exhibit list as necessary.

Dated: May 27, 2021

Respectfully submitted,
JOHN J. FARLEY
Acting United States Attorney

By: /s/John J. Kennedy
John J. Kennedy
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, N.H.  03301
(603) 225-1552