UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: Cr.   21-CR-41-05-JL |
| | ) | |
| NOBODY | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rene Suarez, Esq., hereby enters this Notice of Appearance on behalf of the Defendant, NOBODY, in the above-styled cause as trial counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 2, 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

Respectfully submitted,

Brown, Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
1532 Jackson Street
Ft. Myers, FL 33901
Telephone:    (239) 337-9755
Facsimile:     (239) 337-9756
E-mail: Rene@bsrlegal.com

By __/s/ René Suárez_____
    Rene Suarez
    Fla. Bar No. 0525081