**Agreement to Assist Shire Bitcoin's Outreach Operations with Banking Support**

This agreement replaces the previous "Shire Bitcoin Assistant" contractor agreement signed on 2019-09-21 and lays out the responsibilities of the banking assistant, Nobody, regarding the Shire Free Church's non-profit bitcoin outreach operations, "Shire Bitcoin". Nobody will herein be referred to as "assistant" and Ian Freeman will be referred to as "administrator" of the operation.

**RISK:** While the activity of connecting people with Bitcoin or other cryptocurrency is not illegal, many banks do not appreciate cash deposits being made at multiple locations daily. Assistant understands that any bank accounts dedicated to the bitcoin outreach operation will exist for a limited period of time, determined by the bank in question. Therefore, the bank account may not be used for any other purpose besides assisting the church. This keeps accounting simpler and won't inconvenience other banking operations of assistant when the bank inevitably shuts down the account, which sometimes can happen with very short notice.

As a non-profit outreach project run by a church, we do not collect or pay taxes to any state agency regarding these operations. If assistant determines assistant needs to pay taxes on its compensation under this agreement, that is up to the assistant.

Assistant understands that in the cryptocurrency world, risks are highly involved, including risk of government attack. While we in the church believe this is a god-given mission to spread bitcoin, and thereby foster peace, that does not mean the evil state will not target us. We are ready to stand for the peace that bitcoin can bring to the world by depriving the state of its ability to control the money supply, and therefore its ability to go to war. Assistant understands that state aggression is a risk assistant is willing to accept.

**REWARD:** In return for allowing administrator access to assistant's bank account(s), administrator will pay assistant 20% of daily net, paid weekly on Thursdays.

**RESPONSIBILITIES:** Assistant will need to write checks to administrator or to Shire Free Church, whenever requested, in order to facilitate efficient operations. Assistant will on occasion, have to interface with bank staff to assist with approving outgoing wire transfers ordered by administrator or deal with any account issues that arise. Upon the bank closing the account, bank will cut assistant a check for the remaining balance, which needs to be deposited in assistant's other bank account, then a check cut to administrator for the closed account's ending balance, minus the initial amount of assistant's starting balance.

**OPTION:** Assistant may opt to provide administrator with access to a bitcoin exchange account. Normally, administrator will use church exchange accounts to purchase bitcoin, but having access to an account held by assistant can increase our daily limits for operations, increasing reward to assistant.

**ADMINISTRATOR RESPONSIBILITIES:** Administrator will distribute the church's bitcoin in return for donations through sites like LocalBitcoins.com, utilizing assistant's bank account for cash deposits. Administrator will provide a professional level of service to its donators and currently has over 3,000 transactions logged with a 100% feedback rating. Administrator will keep logs of transactions and calculate daily net after fees from bitcoin exchange, wire transfer, and fees from the bitcoin sales sites. Administrator will issue weekly payouts via assistant's choice of cash, check, or other mutually-agreed-upon payment method such as Square Cash.

**MODIFICATION:** Administrator may modify agreement with written notice to assistant. Assistant will have five business days to agree to modifications or terminate agreement.

**TERMINATION:** Should assistant or administrator wish to terminate the agreement, written or Telegramed notice must be given to the other party. Assistant will need to issue a check for remaining church funds in assistant's account within five business days of notice being given. Administrator will settle any outstanding payouts upon the final check clearing.

**JURISDICTION:** This agreement is not governed by any governmental law - only by the terms of this agreement. If there is a dispute, the parties will find a mutually agreeable arbitrator or, failing that, utilize the American Arbitration Association. Both parties agree to abide by arbitrator's decision.

Bank at which a checking account will be provided: _CHASE_ SFC

Name on account: _Church of the Invisible Hand_  Balance in Account: _$25 - orig deposit from LOTH_  _$1500 min deposit from SFC_

Account number: ▓▓▓▓▓  Routing number: ▓▓▓▓▓

Bank at which a checking account will be provided: _Members First Credit Union_

Name on account: _Church of the Invisible Hand_  Balance in Account: _$105 checking + savings from SFC_

ACH
Account number: ▓▓▓▓▓  Routing number: ▓▓▓▓▓

Agreement date: _2020-02-22_

Signed by:

_____
Nobody
Pope, Church of the Invisible Hand

_____
Ian B Freeman
Minister, Shire Free Church

*Terminated 2020-02-22*

## Agreement for "Shire Bitcoin Assistant" Contractor Position

This agreement lays out the responsibilities of Nobody on behalf of the Church of the Invisible Hand as he assists the Shire Free Church's nonprofit bitcoin outreach operations. Nobody will be referred to herein as "contractor". Ian Freeman is the administrator of the church's outreach program.

**SECURITY REQUIRED:** These operations require high security, due to the movement of significant church funds. Contractor will follow all security-related instructions of administrator and allow administrator access to all relevant accounts.

**MISSION:** Contractor will use church funds to spread bitcoin on LocalBitcoins.com as a method of fostering peace, the Church mission.

**COMMITMENT:** Contractor may work from anywhere, but must be able to transmit funds upon request to Administrator via either check, wire transfer, or Square Cash.

**LOAN:** When Contractor is ready for extra responsibility the Church may supply a working capital loan of $10,000. The Church will also supply loans of bitcoin as needed. Tracked via shared spreadsheet.

The terms of the loan are that the church collect 50% of the net, calculated daily. Payouts will be weekly, generally on Thursday.

If contractor opts for a vacation or has reason for extended absence from contractor's responsibilities, the working capital loan must be repaid prior to the absence. This allows the Church to use those funds for outreach while contractor is away. The funds can be re-loaned upon contractor's return.

**RISK:** Contractor understands that risk is involved in this profession. Contractor assumes responsibility for his 50% share of losses incurred through scams on LocalBitcoins and those due to market price fluctuations. Contractor will pay back any lost funds to the Church, by either continuing to work it off, or via direct payment. Contractor does NOT assume the catastrophic risk of government or bank confiscation of funds and in return for this protection, the payout is 50% instead of 75%.

**CONTRACTOR RESPONSIBILITIES:** Contractor will sell the Church's bitcoin on Localbitcoins.com via the best practices as instructed by administrator. This involves cash bank deposits into contractor's personal bank accounts or those held by Church of the Invisible hand. Accounts used for bitcoin sales should not be used for any other purpose, so as to keep bookkeeping simple. Contractor understands and accepts that

eventually the banks will terminate these accounts and ban contractor from doing business with them in the future. This is unavoidable and is another reason why contractor's normal banking should be kept at a separate instituton than those used for bitcoin sales.

Contractor may set his own hours, but it's strongly encouraged to be online all seven days per week, and in the morning. Bankers hours are our window of opportunity. Contractor is encouraged to open more than one personal or business accout with major banks, so as to not be without a deposit option upon an account closure.

Occasionally, contractor will have to deal with bank staff to rectify any potential issues with scam attempts or account restrictions and closure.

**ADMINISTRATOR RESPONSIBILITIES:** Until contractor opts for greater responsibility, church administrator will assist in repurchasing bitcoin as well as logging and calculating payouts to contractor.

**MODIFICATION:** Administrator may modify agreement with confirmed notice to contractor. (Physical Delivery, Text, Email, Phone Call, or any combination of those.) Contractor will have one business day to agree to modifications or terminate agreement.

**TERMINATION:** Should contractor or administrator wish to terminate the agreement, notice must be given to the other party via at least two of the methods above. Contractor will need to pay back the full working capital loan amount within five business days of notice being given. Administrator will settle any outstanding payouts upon receipt of the working capital loan payoff.

**JURISDICTION:** This agreement is not governed by any governmental law - only by the terms of this agreement. If there is a dispute, the parties will find a mutually agreeable arbitrator or, failing that, utilize the American Arbitration Association. Both parties agree to abide by arbitrator's decision.

Agreement date: 2019-09-21

Signed by:

_____          _____
Nobody                                                      Ian B Freeman
Authorized Signer for Church of the            Minister, Shire Free Church
Invisible Hand

18R82_REP-03340.18