UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States
Plaintiff(s)/United States

v.

Case No. 21-CR-41-05-JL

NOBODY
Defendant(s)

**NOTICE OF CONVENTIONAL FILING**

Please take notice that the defendant, Nobody, has conventionally filed the following attachment or exhibit: EXHIBIT A to his memorandum supporting his Motion for Pretrial Release.

This attachment or exhibit has not been filed electronically because:

The item has been filed under seal pursuant to rule.

Date: 7/30/21

/s/ Patrick J. Richard
Patrick J. Richard
NH#: 12934

11 Kearney Square
Lowell, MA 01852
978-458-4279
attyrichard@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing attachment/exhibit was conventionally served on the following persons on this date and in the manner specified herein:

[Name and Address of Person(s) Served]

Date: 7/30/21

/s/ Patrick J. Richard
Patrick J. Richard
NH#: 12934

11 Kearney Square
Lowell, MA 01852
978-458-4279
attyrichard@hotmail.com