AO 98 (Rev.12/11) Appearance Bond  USDCNH-40A (3/12)

# UNITED STATES DISTRICT COURT
## District of New Hampshire

FILED - USDC -NH
2021 SEP 14 PM 4:40

UNITED STATES OF AMERICA

v.  Case Number: __21-cr-41-5-JL__

__Nobody f/n/a Richard Paul__
Defendant

## APPEARANCE BOND

### Defendant's Agreement

I, __Nobody_____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance (unsecured) bond in the amount of $ _____.
(   ) (2) This is a cash bond in the amount of $ _____, which shall be deposited with the clerk of court.
(   ) (3) This is a secured bond of $ _____, secured by:

( x ) (a) a cash bond in the amount of $ __20,000_____, which shall be deposited with the clerk of court, or

(   ) (b) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

_____
_____
_____

(   ) (c) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

_____
_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: Sep 9, 2021

Defendant's Signature (DocuSigned: E9AFE49DD2984E1...)

MARK EDGINGTON
Surety/Property Owner--Printed Name

MARK EDGINGTON (DocuSigned: 0BDDEE15468B45C...)
Surety/Property Owner--Signature and Date

_____
Surety/Property Owner--Printed Name

_____
Surety/Property Owner--Signature and Date

_____
Surety/Property Owner--Printed Name

_____
Surety/Property Owner--Signature and Date

Date: _____

_____
☐ United States Magistrate Judge
☐ United States District Judge

cc: Defendant
    U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Defense Counsel

Any third party posting cash bail, real property, or a corporate surety bond must sign this form where indicated. When a corporate surety bond is posted, the bonding company must comply with LR 65.1.1(e) and counsel for the defendant must conventionally file the original bond with an attorney certificate as required by LR 65.1.1(g).

## Forfeiture or Release of the Bond



**Virtual Appointments Only**
T. 239.595.3794 | F. 888.804.2033
www.intellilaw.io

September 9, 2021

FILED - USDC -NH
2021 SEP 14 PM4:39

U.S.D.C. for the District of New Hampshire
55 Pleasant Street, Rm 110
Concord, NH 03301-3941

**In re: Appearance Cash Bond Attorney Certificate 21-cr-41-05-JL**

To the Clerk of the Court,

Please find enclosed a cashier's check in the amount of $20,000 as payment for the appearance bond required by Judge LaPlante as a condition of pretrial release ordered in docket entry #103 in the matter of 21-cr-41-05-JL. Also included is a signed copy of the appearance bond bearing signatures of both the defendant and the third party surety.

This bond has been examined pursuant to L.R. 65.1.1 and is recommended for approval. It is required by law to be approved by the judge.

For any questions or comments, please contact me using the information provided in my signature block below.

Respectfully,

*Anessa Allen Santos*
Anessa Allen Santos
anessa@intellilaw.io
IntelliLaw
14620 Black Quill Dr.
Winter Garden, FL 34787
T. 239-595-3794
Attorney for Nobody – *Pro Hac Vice*

*patrick richard*
Patrick Richard
attyrichard@hotmail.com
Law Office of Patrick Richard
11 Kearney Sq.
Lowell, MA 01852
T. 978-458-4279
Attorney for Nobody

cc:  Defendant
     U.S. Attorney
     U.S. Probation
     Defense Counsel

**Mailing Address:** 14620 Black Quill Dr, Winter Garden, FL 34787