UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES
Plaintiff(s)/United States

v.                                    Case No. 21-CR-0041-05-JL

NOBODY
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that Attorney Patrick J. Richard has changed the following information contained in the original ECF Registration Form: mailing address is changed to 150 Westford Road, Suite 26, Tyngsborough, MA  01879

Date: 12/7/21

/s/ Patrick J. Richard
Patrick J. Richard
NH Bar:  12934

150 Westford Road, Suite 26
Tyngsborough, MA  01879
978-458-4279
attyrichard@hotmail.com

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
 All parties and attorneys of record.

Conventionally Served:
The defendant.

Date: 12/7/21

/s/ Patrick J. Richard
Patrick J. Richard
NH Bar:  12934

150 Westford Road, Suite 26
Tyngsborough, MA  01879
978-458-4279
attyrichard@hotmail.com