FILED - USDC -NH
2021 DEC 20 PM 12:00

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>NOBODY )<br>) | CR. NO.: 21-CR-41-5-JL |

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

NOW COMES the defendant, NOBODY, in the above numbered indictment and hereby advises this Honorable Court that he waives his right to a speedy trial as set out in 18 U.S.C. § 3161. This waiver extends to any reasonable delay occasioned by the Court's granting of the request for a continuance of the date now set for trial to such other date as the Court deems just and appropriate.

_____     DATED: Dec 15, 2021
NOBODY

Respectfully submitted
NOBODY
By his attorney,

PATRICK J. RICHARD
11 Kearney Square
Lowell, MA. 01852
(978) 458-4279

FILED - USDC -NH
2021 DEC 20 PM 12:00

# PATRICK J. RICHARD

*Attorney & Counsellor at Law*
11 Kearney Square, Suite 202
Lowell, Massachusetts     01852
Email: attyrichard@hotmail.com

Telephone: 978-458-4279

Admitted to Practice in :
Massachusetts &
New Hampshire

December 16, 2021

Office of the Clerk
United States District Court
55 Pleasant Street
Concord, NH 03301

Re:   US v. Nobody
      21-CR-41-5-JL

Dear Sir/Madam,

Enclosed please find defendant's Waiver of Speedy Trial regarding the latest continuance of this matter.   Kindly file in your usual manner.

Thank you for your time in this matter.

Sincerely,

Patrick J. Richard

cc:     file.