

**Theodore Lothstein, Esq.**
5 Green Street
Concord, NH 03301
(603)513-1919
NHdefender.com

**Richard Guerriero, Esq.**
Chamberlain Block Building
39 Central Square, Suite 202
Keene, NH 03431
(603)352-5000

January 28, 2022

Honorable Judge Joseph Laplante
US District Court-District of NH
55 Pleasant Street
Concord, NH 03301

     Re:  *United States v. Freeman et al*, No. 1:21-cr-00041-JL

Dear Judge Laplante:

     I represent Aria DiMezzo in the case referenced above. I am submitting this letter regarding Nobody's motion to amend his bail conditions and participate in the Free Talk Live Show. Ms. DiMezzo's role regarding the Free Talk Live show is detailed in her prior motion which resulted in her bail conditions being modified so that she could exercise her First Amendment rights and participate in the show. Ms. DiMezzo supports the motion filed by Nobody to amend his bail conditions. Nobody has participated in the planning and presentation of the show in the past. Ms. DiMezzo values his contributions to the show and hopes he can rejoin the show in the future. Ms. DiMezzo would, of course, continue to adhere carefully to all bail conditions imposed by the court.

                 Sincerely,

                 Richard Guerriero
                 Counsel for Aria DiMezzo

cc: Attorney Anessa Allen Santos
    Attorney Christopher Brown
    Attorney Georgiana MacDonald
    Attorney John Kennedy
    Attorney John Newman
    Attorney Kirsten Wilson
    Attorney Mark Sisti
    Attorney Patrick Richard
    Attorney Peter Anderson
    Attorney Rene Suarez
    Attorney Seth Aframe