# SISTI
# LAW OFFICES

Chichester, NH (603) 224-4220
Portsmouth, NH (603) 433-7117
Lancaster, NH (603) 788-3018
Manchester, NH (603) 621-0400

Mark L. Sisti*
Alan J. Cronheim
Colin Sandiford
Wade Harwood

*Also admitted in Vermont

387 Dover Road
Chichester, NH 03258
FAX: (603) 226-2025

info@sistilawoffices.com

February 2, 2022

Honorable Judge Joseph Laplante
United States District Court-District of NH
55 Pleasant Street
Concord, NH 03301

Re: USA v. Ian Freeman et al – 1:21-cr-00041-JL

Dear Judge Laplante:

I represent Ian Freeman in the case referenced above. I am submitting this letter regarding Nobody's motion to amend his bail conditions and participate in the Free Talk Live Show. Mr. Freeman supports the motion filed by Nobody to amend his bail conditions. Nobody has participated in the planning and presentation of the show in the past. Mr. Freeman values his contributions to the show and hopes he can rejoin the show in the future. Mr. Freeman would, of course, continue to adhere carefully to all bail conditions imposed by this Court.

Sincerely,

Mark L. Sisti, Esq.

MLS/daw
pc: Attorney Anessa Allen Santos
Attorney Christopher Hayden Brown
Attorney Georgiana MacDonald
Attorney John J. Kennedy
Attorney John P. Newman
Attorney Kristen B. Wilson
Attorney Richard Guerriero
Attorney Patrick J. Richard
Attorney Peter D. Anderson
Attorney Rene Suarez
Attorney Seth R. Aframe
Ian Freeman