UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>NOBODY          )<br>_____) | No. 1:21-cr-00041-05-JL |

**ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE**

The Defendant, Nobody, was released from custody on conditions pursuant to conditions on September 1, 2021. *See* ECF 103. On January 10, 2021, Nobody did file a motion to amend order of conditions of release, to which the government did file an objection on January 21, 2022. *See* ECF 122 and 124. On January 25, 2022, this Court filed an endorsed order recommending that each party supplement its arguments in advance of the hearing scheduled for February 3, 2022, in response to which the Defendant filed an amended motion with the requested supplemental arguments on January 28, 2022. *See* ECF 125.

The parties have since conferenced and reached an agreement on the changes requested to the conditions of pretrial release as set forth below, and on the attached draft order. The Defendant, Nobody, together with his counsel, Attorney Anessa Allen Santos, do agree to these terms. Representing the Government, Assistant United States Attorney Georgiana MacDonald has stated that she also agrees to these terms. Notably, several of the requested changes to conditions are in conformity with that granted by this Court to co-defendants Ian Freeman and Aria DiMezzo in its order entered on June 24, 2021. *See generally* ECF 94.

WHEREFORE, the parties respectfully request this Honorable Court to amend Nobody's conditions of release to allow him:

1

1. To be present in person at the physical location of 73 Leverett Street, Keene, New Hampshire, for the purposes of hosting and broadcasting Free Talk Live for the duration of the broadcast plus set-up and tear-down time of 30 minutes before and after the show, together with either or both co-hosts Aria DiMezzo and Ian Freeman, and invited guests, as applicable. Ms. DiMezzo and Mr. Freeman have each filed with the Court a letter of support for this request. *See* ECF 126 and 127.

2. To co-host the Free Talk Live show together with either or both of Aria DiMezzo and Ian Freeman.

3. To talk about any subject during these times requested except the pending charges.

4. To communicate with either or both of Aria DiMezzo and Ian Freeman at any time, in person, by email, or by messaging regarding the Free Talk Live broadcast and communications platform, including for discussion related to technology, staffing, content, bookkeeping and accounting, finance, software development, listener base, affiliate network, and other matters reasonably related to the Free Talk Live broadcast and communications platform.

5. Nobody will provide advance notice to his pretrial services officer regarding contact as permitted in (1), (2), or (4) per the direction of the pretrial services officer.

6. That ECF 103 condition 7(l) be amended to include the name Ian Freeman which was omitted by error of the parties.

7. All other conditions of release remain the same.

If the Court is inclined to grant this assented motion, then the parties would request that the hearing scheduled for February 3, 2022 be canceled.

This 3rd day of February, 2022                Respectfully submitted,

/s/ Patrick Richard_____
Patrick Richard
attyrichard@hotmail.com
Law Office of Patrick Richard
150 Westford Road, Suit 26.
Tyngsborough, MA 01879
978-458-4279
Attorney for Nobody


/s/ Anessa Allen Santos_____
Anessa Allen Santos
anessa@intellilaw.io
IntelliLaw
14620 Black Quill Dr.
Winter Garden, FL 34787
239-494-3794
Attorney for Nobody – *Pro Hac Vice*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing motion was served by electronic service, on February 3, 2022, on all counsel or parties of record on the service list.


/s/ Patrick Richard_____
Patrick Richard

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>NOBODY         )<br>_____) | No. 1:21-cr-00041-05-JL |

## ORDER AMENDING CONDITIONS OF RELEASE FOR NOBODY

The parties having reached agreement on the pending motions to amend the conditions of release for Nobody, the conditions of release are hereby amended to allow Nobody:

1. To be present in person at the physical location of 73 Leverett Street, Keene, New Hampshire, for the purposes of hosting and broadcasting Free Talk Live for the duration of the broadcast plus set-up and tear-down time of 30 minutes before and after the show, together with either or both co-hosts Aria DiMezzo and Ian Freeman, and invited guests, as applicable. Ms. DiMezzo and Mr. Freeman have each filed with the Court a letter of support for this request. *See* ECF 126 and 127.

2. To co-host the Free Talk Live show together with either or both of Aria DiMezzo and Ian Freeman.

3. To talk about any subject during these times requested except the pending charges.

4. To communicate with either or both of Aria DiMezzo and Ian Freeman at any time, in person, by email, or by messaging regarding the Free Talk Live broadcast and communications platform, including for discussion related to technology, staffing, content, bookkeeping and accounting, finance, software development, listener base,

affiliate network, and other matters reasonably related to the Free Talk Live broadcast and communications platform.

5. Nobody will provide advance notice to his pretrial services officer whenever he anticipates being physically present at the above identified address to participate on the Free Talk Live show.

6. All other conditions of release remain the same.

SO ORDERED

Date: _____

                              Hon. Joseph N. Laplante
                              United States District Judge