UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | No. 1:21-cr-41-JL |
| ) | |
| NOBODY ) | |
| ) | |

PRELIMINARY ORDER OF FORFEITURE

1. The defendant, Nobody, has pleaded guilty to Count Sixteen of an Indictment that charges him with wire fraud, in violation of 18 U.S.C. § 1343. DN 136.

2. The Indictment contained a Notice of Forfeiture, which stated that, upon conviction, the defendant shall forfeit any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the charged offenses. *Id.*

3. On May 18, 2021, the United States filed a Bill of Particulars, listing specific properties that were subject to forfeiture. DN 66. Nobody has agreed to forfeit his interest, if any, in the following properties: (21-FBI-005592) Misc. Goldbacks and (21-FBI-005554) 143 silver coins and one 10-oz silver bar.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all of the defendant's right, title and interest, if any, in: (21-FBI-005592) Misc. Goldbacks and (21-FBI-005554) 143 silver coins and one 10-oz silver bar, is hereby condemned, forfeited and vested to the United States of America, pursuant to 18 U.S.C. § 982(a)(2), free from the claims and interests of any other person or entity.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, shall seize and maintain custody of the forfeited property until further order of the Court.

IT IS FURTHER ORDERED that the Preliminary Order of Forfeiture shall be made a part of the sentence and included in the judgment.

The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

The Clerk shall send three certified copies of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Georgiana MacDonald, and a copy to all counsel of record.

Entered this __28__ day of ___July_____, 2022.

_____
UNITED STATES DISTRICT JUDGE