UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

_____
                              )
UNITED STATES OF AMERICA      )
                              )
vs.                           )        NO. 21-CR-41-05-JL
                              )
NOBODY                        )
_____)

MOTION TO RETURN CASH BOND

NOW COMES the defendant, NOBODY, and by and through his counsel, Patrick J. Richard, moves this Honorable Court to return the cash bond to the surety.  As reasons counsel states:

1. This Honorable Court released the defendant on $20,000 cash bond on September 14, 2021;
2. That the surety posted the $20,000 cash bond;
3. That the defendant has been sentenced on this matter and is now on supervised release;
4. That there is no further need for the cash bond;
5. The United States, via Attorney Georgiana McDonald, has indicated it has no objection to this request;
6. No legal memorandum accompanies this motion as the relief requested is fully set out herein.

WHEREFORE, the Defendant requests this Court:
A. Return the cash bond to the surety; and/or
B. Such other relief as the Court deems just and equitable.

Respectfully submitted,
NOBODY
by his attorney,

/s/ Patrick J. Richard

Patrick J. Richard
150 Westford Road, Suite 26
Tyngsborough, MA. 01879
(978) 458-4279
attyrichard@hotmail.com

## CERTIFICATION

I certify that a copy of the within Motion has been served upon Assistant United States Attorney Georgiana McDonald via ECF on July 29, 2022.

/s/ Patrick J. Richard

Patrick J. Richard