UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>NOBODY )<br>_____) | No. 1:21-cr-41-JL |

## WITHDRAWAL OF CLAIM

Defendant, Nobody, hereby waives and abandons all right, title, and interest in: $2,124.00 U.S. Currency (21-FBI-005555). Nobody waives, releases, and withdraws any claim that Nobody has made with respect to $2,124.00 U.S. Currency (21-FBI-005555), and waives and releases any claim that Nobody might otherwise have made to it in the future.

Nobody waives any right Nobody might otherwise have had to receive notice or a hearing with respect to any motion, pleading, order, or any other action that the United States might take, in its sole discretion, to carry out the abandonment and disposition of $2,124.00 U.S. Currency (21-FBI-005555). Nobody's waiver includes, without limitation, all common law, statutory, and constitutional claims or challenges, on any grounds, arising at any time from, or relating to, the seizure, abandonment or disposition of $2,124.00 U.S. Currency (21-FBI-005555), including any such claim for attorney fees and litigation costs.

Nobody agrees to hold the United States, its agents and employees, harmless from any claims whatsoever in connection with the seizure, abandonment or disposition of $2,124.00 U.S. Currency (21-FBI-005555).

Dated: Aug 1, 2022

/s/ Nobody
Nobody (Aug 1, 2022 10:42 EDT)
_____
Nobody

Dated: Aug 2, 2022   /s/ *Patrick J. Richard*
Patrick J. Richard (Aug 2, 2022 11:24 EDT)

                                         Patrick Richard, Esq.
                                         NH Bar#: 12934
                                         150 Westford Road, Suite 26
                                         Tyngsborough, MA 01879
                                         978-458-4279
                                         attyrichard@hotmail.com
                                         Attorney for Nobody

Dated: Aug 1, 2022   /s/ *Anessa Allen Santos*

                                         Anessa Allen Santos, Esquire
                                         IntelliLaw
                                         14620 Black Quill Dr.
                                         Winter Garden, FL 34787
                                         239-595-3794
                                         anessa@intellilaw.io
                                         Attorney for Nobody – Pro Hac Vice