UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-CR-00041-JL |
| | ) | |
| NOBODY | ) | |

**DECLARATION OF PUBLICATION**

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 02, 2022, and ending on August 31, 2022. *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 6, 2022, at Concord, NH.

Respectfully submitted,

JANE E. YOUNG
United States Attorney

By:  /s/ Georgiana MacDonald
Assistant U.S. Attorney
MA Bar # 685375
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
geogiana.macdonald@usdoj.gov