UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>NOBODY     )<br>_____) | No. 1:21-cr-41-JL |

MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America moves for a Final Order of Forfeiture for the following reasons:

1. On July 28, 2022, this Court entered a Preliminary Order of Forfeiture for (21-FBI-005592) Misc. Goldbacks and (21-FBI-005554) 143 silver coins and one 10-oz silver bar. DN 172.

2. Pursuant to 21 U.S.C. § 863(n)(1) and Rule 32.2(b)(6)(A), the United States sent direct notice of this proceeding to the only known potential third-party claimant, Bonnie Kruse, by certified mail on August 1, 2022, with a copy to her attorney, Seth Hipple, Esq. Ms. Kruse did not file a claim by the September 2, 2022 deadline.

3. For potential third parties, the United States posted notice of this proceeding on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 2, 2022, pursuant to 21 U.S.C. § 863(n)(1) and Rule 32.2(b)(6)(A). No party filed a timely claim by the post-publication claim deadline of October 1, 2022. DN 205.

4. On November 1, 2022, this Court entered an Amended Preliminary Order of Forfeiture for the assets listed in the Preliminary Order of forfeiture and a $10,000 personal money judgment. DN 224. Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Therefore, the

government did not publish notice of the money judgment for the benefit of any potential third parties.

5. There are no other known potential third-party claimants to the assets listed in the amended preliminary order of forfeiture. The deadline for filing all claims/petitions has elapsed. Accordingly, the court may enter a final order of forfeiture. *See* Rule 32.2(c)(2).

Therefore, the United States respectfully requests that this Court enter a Final Order of Forfeiture, forfeiting to the United States: (21-FBI-005592) Misc. Goldbacks , (21-FBI-005554) 143 silver coins and one 10-oz silver bar, pursuant to 18 U.S.C § 982(a)(2), and ordering that the personal money judgment in the amount of $10,000.00 remains in effect.

The court should order the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, to dispose of the forfeited property in accordance with the applicable law and regulations.

                                                  Respectfully submitted,

                                                  JANE E. YOUNG
                                                  United States Attorney

Date:  January 3, 2023             By:   /s/ Georgiana MacDonald
                                                 Assistant U.S. Attorney
                                                 MA Bar # 685375
                                                 53 Pleasant Street, 4th Floor
                                                 Concord, New Hampshire 03301
                                                 (603) 225-1552
                                                 geogiana.macdonald@usdoj.gov