UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>NOBODY   )<br>_____)  | No. 1:21-cr-41-JL |

FINAL ORDER OF FORFEITURE

1. On July 28, 2022, this Court entered a Preliminary Order of Forfeiture for (21-FBI-005592) Misc. Goldbacks and (21-FBI-005554) 143 silver coins and one 10-oz silver bar. DN 172.

2. Pursuant to 21 U.S.C. § 863(n)(1) and Rule 32.2(b)(6)(A), the United States sent direct notice of this proceeding to the only known potential third-party claimant, Bonnie Kruse, by certified mail on August 1, 2022, with a copy to her attorney, Seth Hipple, Esq. Ms. Kruse did not file a claim by the September 2, 2022 deadline.

3. For potential third parties, the United States posted notice of this proceeding on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on August 2, 2022, pursuant to 21 U.S.C. § 863(n)(1) and Rule 32.2(b)(6)(A). No party filed a timely claim by the post-publication claim deadline of October 1, 2022. DN 205.

4. On November 1, 2022, this Court entered an Amended Preliminary Order of Forfeiture for the assets listed in the Preliminary Order of forfeiture and a $10,000 personal money judgment. DN 224. Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment." Therefore, the government did not publish notice of the money judgment for the benefit of any potential third parties.

5.  There are no other known potential third-party claimants to the assets listed in the amended preliminary order of forfeiture. The deadline for filing all claims/petitions has elapsed.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all rights, title and interest to: (21-FBI-005592) Misc. Goldbacks and (21-FBI-005554) 143 silver coins and one 10-oz silver bar, is hereby condemned, vested and forfeited to the United States, pursuant to 18 U.S.C § 982(a)(2), and that the Federal Bureau of Investigation, or any appropriate federal law enforcement agency, shall dispose of the forfeited property in accordance with the applicable law and regulations.

IT IS FURTHER ORDERED THAT the personal money judgment in the amount of $10,000.00 remains in effect. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

The Clerk shall send copies of this Final Order of Forfeiture to the United States Probation Office and counsel for all parties, two certified copies to the United States Marshals Service, and a certified copy to the United States Attorney's Office, Attention: Asset Forfeiture Unit.

Entered this \_\_18th\_\_ day of \_\_\_\_January_____, 2023.

_____
Joseph N. Laplante
UNITED STATES DISTRICT JUDGE