

**UNITED STATES PROBATION & PRETRIAL SERVICES
DISTRICT OF NEW HAMPSHIRE**

# MEMORANDUM

| | |
|---|---|
| DATE | July 8, 2024 |
| TO: | Honorable Joseph N. Laplante<br>U.S. District Judge |
| FROM: | Jennafer McNutt<br>U.S. Probation Officer |
| RE: | N/F/N Nobody<br>Dkt. #21-CR-41-05-JL |

### Recommendation for Early Termination of Supervised Release

**The probation officer respectfully recommends that the Court issue an order for early termination of the defendant's term of supervised release. In support of the recommendation, the probation officer offers the following information.**

On July 28, 2022, N/F/N Nobody was sentenced in the District of New Hampshire following his guilty plea to one count of Wire Fraud, in violation of 18 U.S.C. § 1343. He was sentenced to time served and 2 years of supervised release. The Court imposed a $2,000 fine and a $100 special assessment, both of which have been paid in full.

On the same date, N/F/N Nobody began his term of supervised release in the District of New Hampshire. Since then, he has resided at an approved residence and maintained self-employment as a computer programmer. He is in full compliance with all conditions of his supervision, and he has satisfied all aspects of his criminal sentence apart from this term of supervised release.

N/F/N Nobody has completed 23 months of his two-year term of supervised release. His supervision is scheduled to expire on July 27, 2024; however, pursuant to 18 U.S.C. § 3564(c), the Court may terminate a term of supervised release or probation after one year in felony cases if it is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. The probation office makes this recommendation to allow the defendant to address family matters outside the District of New Hampshire. Assistant U.S. Attorney's Georgiana McDonald and John J. Kennedy have advised that the government has no objection to an early termination of supervision.

If the Court agrees with the recommendation, please indicate by executing the attached Probation Form 35, Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date. The probation officer is available at the Court's convenience should there be any questions or a need for additional information.

N/F/N Nobody  (Dkt. #21-CR-41-05-JL)
Recommendation for Early Termination
July 8, 2024
Page 2


Reviewed & Approved:


/s/ *Scott M. Davidson*                                07/08/2024
Scott M. Davidson                                    Date
Supervisory U.S. Probation Officer


Attachment