PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

District of New Hampshire

UNITED STATES OF AMERICA

v.

N/F/N Nobody

Crim. No. 21-CR-41-05-JL

On July 28, 2022 the above named was placed on probation/supervised release for a period of 2 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Jennaer McNutt
*U.S. Probation Officer*

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 ____ .

_____
*United States District Judge*